IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR39 |
| vs. | |
| LAMAR BERTUCCI, | ORDER |
| Defendant. | |

Defendant Lamar Bertucci appeared before the court on Monday, December 7, 2015 on an Amended Petition for Warrant for Offender Under Supervision [70]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. Defendant waived his right to a preliminary examination. The government moved for detention. A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current and additional conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 16, 2015 at 10:00 a.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 7th day of December, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge